# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LAKEYMA GENTRY** and **JABARI LUKE,**
Appellants,

v.

**DIANDRA JONES,**
Appellee.

No. 4D2023-2106

[June 26, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502018DR007144XXXXNB.

Lakeyma Gentry, Wellington, pro se.

No brief filed for appellant Jabari Luke.

No brief filed for appellee Diandra Jones.

PER CURIAM.

*Affirmed. See* Fla. Fam. L. R. P. 12.490(e)(3); *Fluhart v. Rasmussen,* 383 So. 3d 889, 889–90 (Fla. 5th DCA 2024) (a party must timely file a motion to vacate to preserve a challenge to a general magistrate's recommended order); *White v. Morris,* 361 So. 3d 392, 392 (Fla. 1st DCA 2023) (same).

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***